O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROY EMILL MARKS, | ) | Case No. CV 15-07508-VAP (KK) |
| Petitioner, | ) | |
| v. | ) | **MEMORANDUM AND ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL AND SUMMARILY DISMISSING ACTION** |
| CHIEF DEPUTY, | ) | |
| Respondent. | ) | |

On September 24, 2015, "Petitioner" Roy Emill Marks, a California state prisoner, filed a "Request for Appointment of Counsel." (ECF Docket No. 1). Petitioner has not yet filed an actual Petition for Writ of Habeas Corpus with this Court.

"[T]he sixth amendment right to counsel does not apply in habeas corpus actions." Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir. 1986). A district court is authorized to appoint counsel for a habeas petitioner when it determines the interests of justice require such appointment. 18 U.S.C. § 3006A(a)(2)(B)). However, "[u]nless an evidentiary hearing is required, the decision to appoint counsel is within the discretion of the district court." Knaubert, 791 F.2d at 728. "Indigent state prisoners applying for habeas corpus relief are not entitled to appointed counsel unless the circumstances of a particular case indicate that

appointed counsel is necessary to prevent due process violations." Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986).

After careful consideration of Petitioner's request, the court finds appointment of counsel is not needed to avoid a due process violation at this juncture.

IT IS THEREFORE ORDERED that Petitioner's Request for Appointment of Counsel is DENIED without prejudice. IT IS FURTHER ORDERED that Judgment be entered summarily dismissing this action without prejudice.

DATED: October 4, 2015

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Presented by:

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE