JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY EMILL MARKS, | Case No. CV 15-07508-VAP (KK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CHIEF DEPUTY, | |
| Respondent. | |

In accordance with the Memorandum and Order Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: October 4, 2015

*[signature: Virginia A. Phillips]*

HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1